JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA MOYA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a Foreign Corporation; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>           Defendants. | CASE NO.: 3:25-CV-00093-MMD-CLB<br><br>ORDER GRANTING STIPULATON FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: November 17, 2025.                    DATED: November 17, 2025.

KEATING LAW GROUP                            CLAGGETT & SYKES

/s/ John T. Keating                          /s/ Joshua A. Dowling
JOHN T. KEATING                              JOSHUA A. DOWLING
Nevada Bar No. 6373                          Nevada Bar No. 12956
9130 West Russell Road, Suite 200            4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89148                      Las Vegas, NV 98107
*Attorney for Defendant*                     *Attorneys for Plaintiff*

ORDER

IT IS SO ORDERED.

DATED this 17th day of November, 2025.       _____
                                             UNITED STATES DISTRICT COURT JUDGE

1